

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ICAP HYDE & COMPANY LIMITED.,

            Plaintiff,

- against -

NEPTUNE SHIPPING S.A.,

           Defendant.
----------------------------------------X

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

           NONE.

Dated: July 29, 2008
       New York, NY

                    The Plaintiff,
                    ICAP HYDE & COMPANY LIMITED

                    By: _____
                    Patrick F. Lennon
                    Coleen A. McEvoy
                    LENNON, MURPHY & LENNON, LLC
                    420 Lexington Avenue, Suite 300
                    New York, NY 10170
                    (212) 490-6050 - phone
                    (212) 490-6070 - facsimile
                    pfl@lenmur.com
                    cam@lenmur.com